```
2015424449    L: 52572 P: 871    QCD
11/10/2015 02:43:19 PM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED
```

## WAYNE COUNTY TREASURER
## QUIT CLAIM DEED

**(Issued under Act 206 Public Act of 1893, as Amended by Act 123 of Public Acts of 1999)**

Raymond J. Wojtowicz, Treasurer of the Charter County of Wayne, Michigan, hereinafter called the Grantor/Treasurer whose address is 400 Monroe, Suite 520, Detroit, Michigan 48226, by authority of Act 206 of Public Acts of 1893, as amended by Act 123 of Public Acts of 1999, as amended, conveys and quit claims to:

**WADDAH Q SAEED**

hereinafter called the Grantee, whose address is:
**6853 JONATHON  DEARBORN , MI 48126**                                            the following described premises located in the **CITY OF DETROIT, WAYNE COUNTY, MI**

Tax Parcel I.D. #: **20007863.**

Legal Description:
**E CABOT 167 GLENWOOD-GROSFIELD & SCANLONS SUB L18 P24 PLATS, W C R 20/376 35 X 83.45**

**Commonly known as: 5652 CABOT DETROIT, MI 48210**

For the full consideration of **$6,100.00**            Dollars.            Date: **November 10, 2015**

Pursuant to the provisions of Section 78k(5)(c) and 78k(5)(e) parcels are subject to visible or recorded easements and rights of way; private deed restrictions; building restrictions of record; all future installments of special assessments and liens recorded by the State or the foreclosing governmental unit or restrictions or other governmental interests imposed pursuant to the Natural Resources and Environmental Protection Act being Public Act 451 of 1994.  This conveyance is exempt from taxes pursuant to MCL 207.505(h)(1) and MCL 207.526(h)(I).

**Declaration of Conditions Subsequent**.  This Declaration is made to give record notice of the conditions subsequent to the sale of the Property by imposition of the following restrictions on the sale to the Property:

A. That Grantee or any subsequent Purchaser/Assignee shall pay all tax obligations due on the date the Deed is issued and shall keep current payment on all tax obligations for the two years following the date the deed was issued.
B. That Grantee or subsequent Purchaser/Assignee shall either demolish the property within six months following the date of the deed or maintain and secure the Property for two years following the date of the deed from Grantor/Treasurer in accordance with local building, health and public safety ordinances.
C. That failure of the Grantee or subsequent Purchaser/Assignee to comply with above clauses A and/or B or to cure the default within 30 days of written notice may result in a reversion of the title of the Property to the Grantor/Treasurer or assigned to the State of Michigan, County of Wayne, City, or Township where the property is located, at the discretion of the Grantor/Treasurer. The right of reversion of title shall reinstate fee simple absolute title to the Grantor/Treasurer or to Treasurer's assignee within 30 days of failure to cure default, unless extended at the Treasurer's sole discretion.  Written notice of default and failure to cure default addressed to the Grantee and mailed to the Grantee's address as written on the deed shall be notice to any subsequent Purchaser/Assignee, unless a copy of the Property Transfer Affidavit (PTA) that was filed with the local Assessor and which includes any change of mailing address is hand delivered to and signed as received by said Grantor/Treasurer, or designated representative. DURING THE TAX YEARS THAT THE  CONDITIONS SUBSEQUENT APPLY, THIS PROPERTY SHALL NOT BE SOLD, CONVEYED OR TRANSFERRED UNLESS ALL TAXES ARE PAID IN FULL.  VIOLATORS SHALL BE PERSONALLY LIABLE TO PURCHASER AND/OR GRANTOR/TREASURER FOR DAMAGES AND AGREE TO SUBMIT TO THE JURISDICTION OF THE COURTS IN THE STATE OF MICHIGAN.

In Witness Whereof the Grantor, has signed and affixed the seal of the Wayne County Treasurer the day and year first above written.

STATE OF MICHIGAN    )
                     )ss
COUNTY OF WAYNE      )

*[signature: Raymond J. Wojtowicz]*
Raymond J. Wojtowicz
Wayne County Treasurer

The foregoing instrument was acknowledged before me on this **10** day of **November**, **2015** by Raymond J. Wojtowicz, Wayne County Treasurer.

FELECIA ANN TYLER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jul 29, 2019
ACTING IN COUNTY OF **Wayne**

*[signature: Felecia A. Tyler]*
Notary Public, Wayne County Michigan

Prepared by Wayne County Treasurer                    When recorded return to: Grantor
400 Monroe Street, Detroit, Michigan 48226            Send subsequent tax bills to:  Grantee