**2016 AUG 15 AM 9:45**

Bernard J. Youngblood
Wayne County Register of Deeds
2016302992      L: 53165 P: 813
08/15/2016 09:44 AM     QCD    Total Pages: 1



MICHIGAN REAL ESTATE TRANSFER TAX
Wayne County Tax Stamp #415723
08/15/2016
Receipt# 16-257630  L: 53165 P: 813
State Tax: $52.50 County Tax: $7.70



# QUITCLAIM DEED

**THIS QUITCLAIM DEED**, Executed this 23rd day of July, 2016, by first party, Grantor, **Waddah Q. Saeed**, a single man, whose address is 6853 Jonathon St, Dearborn, Wayne County, Michigan, 48126, to second party, Grantee, **Mussid Yehya Aldubaily**, whose address is 3031 Amazon St, Dearborn, Wayne County, Michigan, 48120.

**WITNESSETH**, That the said first party, for good consideration and for the sum of seven thousand dollar ($7,000.00) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim the property unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Wayne, State of Michigan to wit:

Description:    **E CABOT 167 GLENWOOD-GROSFIELD & SCANLONS SUB L18 P24 PLATS, W C R 20/376 35 X 83.45**

More commonly known as:
5652 Cabot Detroit MI 48210
**Tax Parcel # 20007863**

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

|  | Waddah Q. Saeed |
|---|---|
| First Witness Name | First Grantor Name |
| First Witness Signature | First Grantor Signature |
| Second Witness Name | Second Grantor Name |
| Second Witness Signature | Second Grantor Signature |

STATE OF MI        }
COUNTY OF WAYNE    }

On 07/23/2016, before me, Gamal Abdullah, personally appeared Waddah Q. Saeed, known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.





PREPARED & DRAFTED BY:

Signature:    Gamal Abdullah
              313-338-3234
              MidEast Service Center
              9307 Jos Campau,
              Hamtramck, MI 48212

WHEN RECORDED RETURN TO:

**Mussid Aldubaily**
3031 Amazon St
Dearborn, MI 48120