UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIBEL REYES SANTANA,

    Plaintiff,

v.

COUNTY OF WAYNE and
WAYNE COUNTY TREASURER,

    Defendants.

Case No. 22-12376
Honorable Laurie J. Michelson

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 31st day of August 2023 in Detroit, Michigan.

                                    KINIKIA D. ESSIX
                                  CLERK OF THE COURT

                       By:    s/Erica Parkin
                                DEPUTY COURT CLERK

APPROVED:


s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2023